Gary Stewart 84435052
U.S.P. Big Sandy
P.O. Box 2068
Inez, KY 41224

May 15, 2024
Re: U.S. V. Stewart 5:92cr-35

Northern District Court
of New York
100 South Clinton Street Rm 900
Syracuse, NY 13261

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAY 20 2024
AT_____O'CLOCK
John M. Domurad, Clerk - Syracuse

Dear Your Honor

It was brought to my attention by a Family who searched on line that some tim in June or July 2023 Some one submitted a motion to This court. There are several things wrong with it

1) I did not authorized anyone to do so
2) It was not signed by me, my Signiture were forged
3) I have no access to Law Library at Big Sandy, No Typewriter or copy Machene and no Afidavits of Service
4) Said motion did not come from this prison.
5) All my correspondences with the court is hand written. I do not know who did that motion to mislead the court to believe I did. I am writing to let the court know that said motion is not legit.

As I asked the court whether the change of circumstance in regards to sentencing guidline that recently came down aply to me. In my case convicted Triggerman Lawrence and convicted Mastermind Davidson has been released for over 4 years. I am not sure how. This is why I am asking this court to look into it.

Sentencing transcript p5 Line 12,13,14,15, on p4 Line 23, Defence Attorney argued. "That we do believe that this court does have discretion to impose a less than mandatory life sentence in this case" p5 line 2. "But our argument is not only put forth on legal grounds in that memorandum but we have put forth the mitigating circumstances which we would suggest to the court would justify a less than life sentence."

The court "well I acknowledge that you did bring forth some circumstances which would arguably be mitigated and I gave that some consideration. On the other hand, again I have to rule that at least upon my examination of the law, the review of it, that I do not have the discretion absent a motion by the government or a departure, which has not been made here, and therefore I'm ruling again that there is no discretion, the life sentence is Mandatory under 18 U.S.C. section 1111,"

I have no way to opose any motion raised by the government base on the Law Library situation here. Thank you.
Sincerely Gary Stewart

INMATE NAME: Stewart Gary
REGISTER # 04435052
UNITED STATES PENITENTIARY, BIG SANDY
P.O. BOX 2068
INEZ, KY. 41224

CHARLESTON WV 250
16 MAY 2024 PM 2 L





Northern District Court
of New York
James Hanley Federal Building
100 South Clinton Street
Syracuse, NY 13261

13261-610599